FILED
January 22, 2016
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA, )
                                                      )          Case No. 2:16-CR-00010-MCE-2
           Plaintiff,                  )
v.                                              )          ORDER FOR RELEASE OF
                                                      )          PERSON IN CUSTODY
STARSHEKA MIXON,              )
                                                      )
          Defendant.              )

TO:     UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>STARSHEKA MIXON</u>, Case No. <u>2:16-CR-00010-MCE-2</u>, Charge <u>Title 18 USC § 286</u>, from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

     __     Release on Personal Recognizance

     ✔     Bail Posted in the Sum of $ <u>25,000 (co-signed)</u>

            ✔     Unsecured Appearance Bond

            __     Appearance Bond with 10% Deposit

            __     Appearance Bond with Surety

            __     Corporate Surety Bail Bond

            ✔     (Other)     <u>With pretrial supervison and conditions of release as stated on the record in open court. Dft shall report to PTS at 9:00 am on 1/25/16.</u>

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at <u>Sacramento, CA</u> on <u>January 22, 2016</u> at <u>3:00</u> pm.

By _____
Kendall J. Newman
United States Magistrate Judge