CANDACE A . FRY
CA Bar No. 68910
2401 Capitol Avenue
Sacramento, CA  95816
Telephone:  916.446.9322
FAX:  916.446.0770
E mail:  c.fry@att.net

Attorney for STARSHEKA MIXON,
Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>    v.<br><br>STARSHEKA MIXON,<br><br>        Defendant. | No. 2:16-CR-0010-MCE<br><br>**STIPULATION AND ORDER MODIFYING CONDITION OF SUPERVISED RELEASE** |
|---|---|

It is hereby stipulated and agreed by and between the parties hereto, through their respective counsel, that the special conditions of pretrial release imposed on defendant Starsheka Mixon on January 22, 2016, by The Honorable Kendall J. Newman, United States Magistrate Judge, shall be modified by terminating the requirement of drug and/or alcohol testing and, specifically, by deleting special condition No. 10 pertaining to such testing.  This modification is approved by Pretrial Services in light of the defendant's lack of history of substance abuse, her full compliance with all conditions of release to date and her employment.

Dated:  March 10, 2016          /s/   Candace A. Fry
                                CANDACE A. FRY, Attorney for
                                STARSHEKA MIXON, Defendant

1

| | |
|---|---|
| Dated:  March 10, 2016 | BENJAMIN B. WAGNER,<br>United States Attorney<br><br>By   /s/  Candace A. Fry for<br>SHELLEY D. WEGER,<br>Assistant United States Attorney<br><br>(Signed for Ms. Weger with her prior authorization) |

**O R D E R**

IT IS SO ORDERED.

Dated:  March 11, 2016

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE