KELLY BABINEAU (CA State Bar #190418)
The Law Office of Kelly Babineau
455 Capitol Mall, Suite 802
Sacramento, CA 95814
Tel:(916) 442-4948
Fax: (916) 492-2909
kbabineau@klblawoffice.net

Attorney for STARSHEKA MIXON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE UNITED STATES OF AMERICA, | ) No. 16-CR-0010 MCE |
| Plaintiff, | ) |
| | ) SECOND AMENDED STIPULATION AND |
| v. | ) FINDINGS AND ORDER |
| | ) TO VACATE STATUS CONFERENCE |
| | ) AND SET FOR CHANGE OF PLEA |
| DEENA CHAMBERS, and | ) |
| STARSHEKS MIXON | ) Date: January 25, 2018 |
| Defendants. | ) Time: 9:00 a.m. |
| _____) | Judge: Hon. Morrison C. England, Jr. |

STIPULATION

1. By previous order, this matter was set for status on January 25, 2018.

2. By this stipulation, defendant Starsheka Mixon now moves to vacate the previously set status conference on January 25, 2018 and to set the matter for change of plea on February 8, 2018.

3. The government does not object to the continuance.

///

///

-1-

4. Based upon the request to set the matter for plea, the parties are not requesting an exclusion of time between January 25, 2018 and February 8, 2018.

IT IS SO STIPULATED.

Dated: January 24, 2018                    Respectfully submitted,

                                                    /s/ Kelly Babineau
                                                  KELLY BABINEAU
                                                  Attorney for Starsheka Mixon


Dated: January 24, 2018                    /s/ Shelley D. Weger
                                                  SHELLEY D. WEGER
                                                  Assistant U.S. Attorney

**ORDER**

IT IS SO ORDERED.

Dated: January 29, 2018

                                                  MORRISON C. ENGLAND, JR
                                                  UNITED STATES DISTRICT JUDGE