MCGREGOR W. SCOTT
United States Attorney
SHELLEY D. WEGER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STARSHEKA MIXON,<br><br>Defendant. | CASE NO. 2:16-CR-00010 MCE<br><br>STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER<br><br>DATE: September 13, 2018<br>TIME: 10:00 a.m.<br>COURT: Hon. Morrison C. England, Jr. |

## STIPULATION

The United States of America, by and through its counsel of record, and defendant Starsheka Mixon, by and through her counsel, Kelly Babineau, hereby stipulate as follows:

1. On August 9, 2018, the Court sentenced defendant Starsheka Mixon, and set the matter for a restitution hearing to be held on September 13, 2018. ECF No. 122.

**THE REMAINDER OF THIS PAGE IS INTENTIONALLY BLANK**

2. Counsel for the government and defendant Mixon request that the Court reset the restitution hearing for September 20, 2018, at 10:00 a.m., pursuant to 18 U.S.C. § 3664(d)(5).

IT IS SO STIPULATED.

Dated: September 11, 2018

        McGREGOR W. SCOTT
        United States Attorney

By: /s/ Shelley D. Weger
     SHELLEY D. WEGER
     Assistant United States Attorney

Dated: September 11, 2018

/s/ Kelly Babineau by Shelley Weger
KELLY BABINEAU
Counsel for Defendant
Starsheka Mixon

**ORDER**

IT IS SO ORDERED.

DATED: September 12, 2018

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE

STIPULATION TO CONTINUE RESTITUTION HEARING AND ORDER

2